IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00125-RM-BNB

FLOYD E. DODDS,

Plaintiff,

v.

TRINITY GROUP, and
PUEBLO COUNTY SHERIFF'S DEPARTMENT,

Defendants.

_____

## ORDER
_____

This matter is before me on the **Motion to Dismiss Pueblo County Sheriff Kirk Taylor** [Doc. #23, filed 08/14/2014] (the "Motion"). The Motion is DENIED as moot.

The plaintiff filed his First Amended Complaint on April 16, 2014 [Doc. #15]. On July 10, 2014, the court dismissed several defendants, including Pueblo County Sheriff Kirk Taylor [Doc. #20]. On July 25, 2014, Sheriff Taylor was inadvertently served with a Summons and a copy of the First Amended Complaint [Docs. ##21 and 26].

On August 14, 2014, Sheriff Taylor filed the instant Motion requesting that he be dismissed from this action and that the caption be corrected to remove his name as a defendant. Sheriff Taylor previously was dismissed from the action and no claims remain pending against him. He no longer is a defendant in the action and is not required to answer or otherwise respond to the First Amended Complaint.

IT IS ORDERED that the Motion [Doc. #23] is DENIED as moot.

Dated August 26, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge