IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00125-RM-BNB

FLOYD E. DODDS,

    Plaintiff,

v.

JEFF (Last Name Unknown), Director of Food Service at Pueblo County Jail, Trinity Group; and MR. FERNANDEZ, Food Service Supervisor, Trinity Group,

    Defendants.

___

ORDER ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 29)
___

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge ("Recommendation") (ECF No. 29) dated October 9, 2014, recommending the Complaint be dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute. The Recommendation is incorporated herein by this reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties they had fourteen days after service of the Recommendation to file any written objections. The time permitted for any objections has expired and no objections to the Recommendation have been filed.

The Court has reviewed the Recommendation, along with relevant parts of the Court file. The Court has also considered the applicable rules and law, and the fact that Plaintiff proceeds *pro se*. Upon consideration of these matters, the Court concludes the Magistrate Judge's analysis is thorough and sound, and there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b)

Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). It is therefore ORDERED as follows:

1. That the Magistrate Judge's Recommendation (ECF No. 29) is ADOPTED as an order of this Court;

2. That Plaintiff's Complaint and this action are DISMISSED WITHOUT PREJUDICE; and

3. The Clerk of the Court is directed to CLOSE this case.

DATED this 12th day of November, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge